FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Jun 23 2025
KEVIN P. WEIMER, Clerk
By: Sonya Nuckolls
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

HECTOR MANUEL BELTRAN-LEDESMA

**CRIMINAL COMPLAINT**

Case Number: 1-25-MJ-622

I, Christian Johnston, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 21, 2025 in Fulton County, in the Northern District of Georgia, the above-captioned defendant did: resist a federal officer in performance of their official duties and was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to reapply for admission to the United States,

in violation of Title 18, United States Code, Section 111 and Title 8, United States Code, Section 1326.

I further state that I am a Special Agent with Homeland Security Investigations and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
HSI Special Agent Christian Johnston

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendants have committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| June 23, 2025 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

Russell G. Vineyard
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AUSA Jamil A. Favors
Jamil.favors@usdoj.gov

# AFFIDAVIT

I, Christian Johnston, Special Agent with Homeland Security Investigations, depose and say under penalty of perjury:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. I submit this Affidavit in support of an application for a Criminal Complaint against the following defendant: Hector Manuel BELTRAN-Ledesma.

2. Based on the following facts, I submit that there is probable cause to believe that on about June 21, 2025 in Fulton County, in the Northern District of Georgia, BELTRAN-Ledesma did resist a federal officer in performance of their official duties and was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to reapply for admission to the United States, in violation of Title 18, United States Code, Section 111 and Title 18, United States Code, Section 1326.

3. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation, statements of witnesses, and information supplied to me by other law enforcement officers. In this affidavit, I have set forth only the facts I believe necessary to establish probable cause for the Criminal Complaint. This affidavit does not contain every material fact I have learned during the course of this investigation.

## AFFIANT BACKGROUND

4. I am a Special Agent (SA) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) serving in the Office of the Special Agent in Charge in Atlanta, Georgia.  I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.  I have been a U.S. federal law enforcement officer since February 2007 when I began my career as an Immigration Enforcement Agent with ICE.  Prior to my current position in Atlanta, I was a SA with the DHS Office of Inspector General in Gulfport, Mississippi, and a SA with HSI in Phoenix, Arizona.  I have been a SA for 14 years.  Furthermore, as a SA with HSI, I am responsible for conducting criminal investigations of offenses under Titles 8, 18, and 19 of the United States Code.  I have experience in both assisting and being the lead investigator in numerous federal investigations, including the investigation of child exploitation, human smuggling, human trafficking, identity theft, narcotics trafficking, and money laundering.  I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ICE Special Agent Training Course.  Additionally, I have completed the Georgia Bureau of Investigation's (GBI) Introduction to Internet Crimes Against Children Investigations course and the Undercover Chat Investigations course at the GBI Headquarters.  I have also attended advanced human trafficking training by the DHS Center for Countering Human Trafficking in Washington, D.C.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and law enforcement officers related to this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## Statement of Probable Cause

6. On Saturday, June 21, 2025, HSI Atlanta Special Agent (SA) Christian Johnston and ICE Enforcement and Removal Operations (ERO) Deportation Officer (DO) Kirk Scott were tasked with locating and arresting Hector Manuel BELTRAN-Ledesma, a previously removed alien. BELTRAN-Ledesma is a citizen of Mexico with the date of birth of January 4, 1972, with the assigned Alien File Number A079 211 314 and Federal Bureau of Investigation (FBI) number 80239AB3. According to documentation found in BELTRAN-Ledesma's Alien File, he was removed from the U.S. to Mexico on May 31, 2002, in El Paso, Texas. DHS has no record of BELTRAN-Ledesma lawfully entering the U.S.

7. Agents were informed that BELTRAN-Ledesma resided at an apartment located at 105 Ashford Place, Roswell, Georgia 30076, and that the apartment was located on the bottom right corner of the apartment building. Agents were also informed that BELTRAN-Ledesma's wife drove a Toyota Highlander SUV with Georgia license plate CSG2275. Additionally, during prior surveillance, BELTRAN-Ledesma was observed exiting his apartment at around 8:30 am and walking a dog.

8. At approximately 7:00 am, SA Johnston and DO Scott arrived at the 105 Ashford Place apartment and observed the Toyota Highlander parked near Apartment 105. SA Johnston and DO Scott were both in SA Johnston's government vehicle.  At approximately 8:45 am, while conducting surveillance on Apartment 105, agents observed a subject matching BELTRAN-Ledesma's description exit the front door with his dog and walk across the parking lot.  SA Johnston and DO Scott exited the vehicle as BELTRAN-Ledesma was walking by and announced, "Police! Stop!"  SA Johnston and DO Scott were both wearing tactical law enforcement vests with clearly marked law enforcement patches.  BELTRAN-Ledesma immediately fled upon seeing the agents.  BELTRAN-Ledesma fled through the apartment parking lot towards his residence while agents continued to yell, "Stop! Police!"  SA Johnston caught up to BELTRAN-Ledesma and pushed him causing BELTRAN-Ledesma to fall in the pine straw area behind the parking lot.  SA Johnston and DO Scott then attempted to handcuff BELTRAN-Ledesma but he forcibly resisted arrest by refusing to place his hands behind his back and screaming at the agents and telling them to stop. BELTRAN-Ledesma continued to resist arrest for several minutes and agents told him to stop fighting them.  SA Johnston removed his OC spray from his duty belt and showed BELTRAN-Ledesma the OC bottle and warned BELTRAN-Ledesma that he was about to be pepper sprayed if he continued to fight them.  BELTRAN-Ledesma continued to resist arrest and was sprayed in the face with OC spray by SA Johnston. BELTRAN-Ledesma still continued to fight the officers and would not place his hands behind his back.  BELTRAN-Ledesma forcibly kept his hand underneath his body and

would move his hands when agents attempted to handcuff them. BELTRAN-Ledesma also attempted to stand up several times during the struggle.

9. Over the course of approximately 8 to 10 minutes, SA Johnston sprayed BELTRAN-Ledesma three additional times as he continued to fight the agents. DO Scott told BELTRAN-Ledesma multiple times that he was making it worse and should stop fighting. SA Johnston and DO Scott were eventually able to restrain BELTRAN-Ledesma with two handcuffs in front.

10. SA Johnston retrieved his cell phone and called 911 requesting local police assistance and medical assistance for BELTRAN-Ledesma's exposure to OC Spray. Several officers from the Alpharetta Police Department (APD) arrived on scene to control the multiple people that had gathered during the incident. APD Incident No. 20250106806. BELTRAN-Ledesma's wife, Crystal GUTIERREZ, also exited the apartment and joined the agents with BELTRAN-Ledesma. GUTIERREZ provided SA Johnston with BELTRAN-Ledesma's Mexican Passport that confirmed his identity. DO Scott applied several bottles of water to BELTRAN-Ledesma's face while waiting on emergency medical personnel to arrive.

11. BELTRAN-Ledesma requested to be taken to the hospital by ambulance and was transported to the Wellstar North Fulton Medical Center. DO Scott rode in the ambulance with BELTRAN-Ledesma while SA Johnston followed. While in the ambulance, and in the presence of DO Scott, BELTRAN-Ledesma stated to the medial responders that, "I knew they were ICE." BELTRAN-Ledesma was later medically discharged from the Wellstar North Fulton Medical Center and transported to the ERO Atlanta office to be processed.

12. During processing, DO Shea Prince fingerprinted BELTRAN-Ledesma which returned positive for Alien File A079 211 314 and FBI number 80239AB3 confirming his identity through biometric fingerprint records. BELTRAN-Ledesma has not been admitted or paroled into the United States and did not request permission to enter from the United States Attorney General or Secretary of Homeland Security.

## CONCLUSION

13. Based on the information contained in this affidavit, I believe there is probable cause to believe that on about June 21, 2025 in Fulton County, in the Northern District of Georgia, BELTRAN-Ledesma did resist a federal officer in performance of their official duties and was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to reapply for admission to the United States, in violation of Title 118, United States Code, Section 111 and Title 18, United States Code, Section 1326.

**END OF AFFIDAVIT**