# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) ) Case Number: **1:25-CR-00298-ELR-1** |
| | ) USM Number: **92342-511** |
| **HECTOR MANUEL BELTRAN-LEDESMA** | ) ) |
| | ) <u>Rebecca Shepard</u> |
| | ) Defendant's Attorney |

**THE DEFENDANT:**

The defendant pleaded guilty to **COUNTS ONE and TWO** of the Indictment.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Illegal Reentry | June 2025 | 1 |
| 18 U.S.C. § 111(a)(1) | Resisting Arrest | June 2025 | 2 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

September 10, 2025
Date of Imposition of Judgment

*Eleanor L. Ross* (signature)
Signature of Judge

ELEANOR L. ROSS, U. S. DISTRICT JUDGE
Name and Title of Judge

September 10, 2025
Date

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **TIME SERVED.**

Upon release from imprisonment, you shall be remanded to Immigration Customs Enforcement officials for appropriate removal proceedings from the United States. You shall not reenter the United States unless you apply for and receive permission from the Secretary of Homeland Security or the Attorney General to legally enter the United States.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case  
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

The defendant shall pay to the United States a special assessment of **$125.00,** which shall be due immediately.

**Special Assessment**

TOTAL **$125.00**

**Fine**

TOTAL **WAIVED**